UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 21-3068, 21-3205 & 21-3243

PJM Power Providers Group v. FERC
Electric Power Supply Association v. FERC
Pennsylvania Public Utility Commission v. FERC
(FERC No. ER21-2582-000)

To:   Clerk

1) Uncontested Motion of Buckeye Power to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent;

2) Unopposed Motion of Old Dominion Electric Cooperative to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent;

3) Unopposed Motion of National Rural Electric Cooperative Association to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent;

4) Unopposed Motion of East Kentucky Power Cooperative, Inc. to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent;

5) Unopposed Motion of Advanced Energy Economy to Intervene Pursuant to Fed. R. App. P. 15(d) on behalf of Respondent;

6) Motion of The Independent Market Monitor for PJM to Intervene Pursuant to Fed. R. App. P. 15(d).

---

The foregoing motions to intervene are granted. It is noted that any motions to intervene filed prior to consolidation of the three petitions will be deemed to apply to all consolidated cases, including any later filed petitions. In addition, the motion of Advanced Energy Economy is deemed to have been filed in all three cases. Any party that does not wish to intervene in a particular case must notify the Clerk's Office in writing no later than 5 days from the date of this order.

For the Court,

*Patricia A Dodszuweit*

Patricia S. Dodszuweit. Clerk

Dated: December 10, 2021

kr/cc: All Counsel of Record