

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

May 26, 2022

*<u>Via ECF</u>*

Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals
for the Third Circuit
601 Market Street
Philadelphia, PA 19106

    Re: <u>**PJM Power Providers Group. v. Federal Energy Regulatory Commission**</u>
       **Case Nos. 21-3068, 21-3025 & 21-3243**

Dear Ms. Dodszuweit:

  I write to withdraw as counsel for the New Jersey Board of Public Utilities in this matter. The Board will continue to be represented by David C. Apy, who has entered an appearance in this matter.

        Respectfully submitted,

       By: /s/ Alec Schierenbeck
          Alec Schierenbeck
          Deputy Solicitor General
           of New Jersey

cc: All counsel of record (via ECF)

